IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 4:04cr18~~WN~~ HTW

SPENCER JORDAN
RODNEY CORTEZ BOLER,
CHARLES LEE PARKER,
MARZETT JORDAN, and
ANNIE MAE JORDAN

## MOTION TO UNSEAL

The United States of America requests that the entire case herein be unsealed except as set forth below, and represents the following:

All parties have either been sentenced or are awaiting sentencing. All parties must now have access to the case file to properly prepare for post-conviction proceedings. The Government requests that the entire case file be unsealed with the exception of those documents that were separately filed under seal, such as the Presentence Investigation Reports and the Motion filed on or about February 8, 2006, on behalf of defendant Rodney Boler pursuant to Rule 35, Federal Rules of Criminal Procedure.

WHEREFORE, the United States requests that the Court UNSEAL the case file in this criminal action.

Respectfully submitted,

DUNN LAMPTON
UNITED STATES ATTORNEY

By:   s/Sandra G. Moses
      SANDRA G. MOSES
      Assistant United States Attorney
      GA No. 283815

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the entire case file be unsealed with the exception of those documents that were separately filed under seal, such as the Presentence Investigation Reports and the Motion filed on or about February 8, 2006, on behalf of defendant Rodney Boler pursuant to Rule 35, Federal Rules of Criminal Procedure.

SO ORDERED, this the 7 day of March, 2007.

UNITED STATES MAGISTRATE JUDGE